UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-188 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CHARLES SHATEEK SMITH, | ) | |
| Defendant. | ) | |

Offense charged:    Felon in Possession of a Firearm as an Armed Career Criminal

Date of Detention Hearing:    April 24, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant's criminal record includes five felonies committed as a juvenile. His criminal history includes bench warrant activity for failure to appear, and failure to abide by court

orders. A 2004 conviction for assault is reported to have occurred against police officers, during which three police officers received injuries.

  (2)  The pretrial report indicates that defendant is an active user of PCP and marijuana.

  (3)  The defendant poses a risk of nonappearance based on controlled substance use, a history of failure to appear and a history of violation of court orders and supervision. He poses a risk of danger based on criminal history, controlled substance use, and the nature of the instant offense.

  (4)  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

  (4)  The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this 24th day of April, 2009.

```
                                        /s/ Mary Alice Theiler
                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge
```